NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALTERWAN, INC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2022-1029

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00580.

---

**JUDGMENT**

---

C. GRAHAM GERST, Global IP Law Group, Chicago, IL, argued for appellant.  Also represented by ALISON AUBREY RICHARDS, HANNAH L. SADLER.

ANGELA M. OLIVER, Haynes & Boone, LLP, Washington, DC, argued for appellee.  Also represented by RAGHAV BAJAJ, Austin, TX; DEBRA JANECE MCCOMAS, Dallas, TX; JESSICA LEANN ANDERSEN MARKS, JORDAN MICHAEL ROSSEN, Unified Patents, LLC, Chevy Chase, MD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (STOLL, SCHALL, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 14, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |